UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          Bankr. Case No. 21-21935-JAD

Beth Ann LaValley                                                                                    Chapter 7
        Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

ACAR Leasing Ltd. d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX  76096

By /s/  Lorenzo Nunez_____

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                       Bankr. Case No. 21-21935-JAD

Beth Ann LaValley                                                                                    Chapter 7
          Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 22, 2021 :

Amy L. Zema                                              Natalie Lutz Cardiello
2366 Golden Mile Highway                                 107 Huron Drive
#155                                                     Carnegie, PA 15106
Pittsburgh, PA 15239


                                                         By  /s/ Lorenzo Nunez
                                                             Lorenzo Nunez

xxxxx99016 / 1046726