Certificate Number: 12433-PAW-DE-036070298

Bankruptcy Case Number: 21-21935



12433-PAW-DE-036070298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2021, at 3:11 o'clock PM EDT, Beth Ann LaValley completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 17, 2021        By:    /s/Lance Brechbill

                               Name:  Lance Brechbill

                               Title: Teacher