| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Beth Ann LaValley** | Social Security number or ITIN  xxx–xx–4617 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **21–21935–JAD** | | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Beth Ann LaValley

12/15/21                                   **By the court:**  <u>Jeffery A. Deller</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                            **Order of Discharge**                                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Beth Ann LaValley  
    Debtor

Case No. 21-21935-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 15, 2021      Form ID: 318      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beth Ann LaValley, 4818 Sardis Road, New Kensington, PA 15068-9201 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15407332 | + | Figure Lending LLC, PO Box 40534, Reno, NV 89504-4534 |
| 15407338 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15407339 | + | Michael Ratchford, Esquire, 54 Glenmaura National Blvd., Ste. 104, Moosic, PA 18507-2161 |
| 15407343 | ++++ | SPECIALIZED LOAN SERVICING, PO BOX 266005, LITTLETON CO 80163-6005 address filed with court:, Specialized Loan Servicing, PO Box 266005, Littleton, CO 80163 |
| 15407342 | + | Select Portfolio Servicing, 10401 Deerwood Park Blvd., Jacksonville, FL 32256-5007 |
| 15407348 | + | The Bureaus, 650 Dundee Rd., Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Dec 16 2021 04:13:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Dec 16 2021 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2021 23:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 16 2021 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2021 23:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 16 2021 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15407326 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 15 2021 23:15:00 | Absolute Resolutions, 8000 Norman Center Dr. #350, Minneapolis, MN 55437 |
| 15420108 | + | EDI: PHINAMERI.COM | Dec 16 2021 04:13:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15407327 | + | EDI: CAPITALONE.COM | Dec 16 2021 04:13:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15407328 | + | EDI: WFNNB.COM | Dec 16 2021 04:13:00 | Comenity Bank/Kay Jewelers, PO Box 182789, Columbus, OH 43218-2789 |
| 15407329 | + | EDI: WFNNB.COM | | |

Case 21-21935-JAD    Doc 18    Filed 12/17/21    Entered 12/18/21 00:27:21    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2021 | Form ID: 318 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 16 2021 04:13:00 | Comenity Bank/Ulta, 6939 Ameriana Parkway, Reynoldsburg, OH 43068-4171 |
| 15407330 | + | EDI: WFNNB.COM | Dec 16 2021 04:13:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15407331 | + | EDI: WFNNB.COM | Dec 16 2021 04:13:00 | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 15407334 | | EDI: JEFFERSONCAP.COM | Dec 16 2021 04:13:00 | Jefferson Capital, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 15407335 | | EDI: JPMORGANCHASE | Dec 16 2021 04:13:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15407337 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2021 23:17:00 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15407336 | + | EDI: LENDNGCLUB | Dec 16 2021 04:13:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 15407340 | + | EDI: MID8.COM | Dec 16 2021 04:13:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15407341 | | EDI: PRA.COM | Dec 16 2021 04:13:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15407345 | + | EDI: RMSC.COM | Dec 16 2021 04:13:00 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 15407346 | + | EDI: RMSC.COM | Dec 16 2021 04:13:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15407344 | + | Email/Text: bankruptcy@bbandt.com | Dec 15 2021 23:16:00 | Suntrust Bank, PO Box 85526, Richmond, VA 23285-5526 |
| 15407347 | + | EDI: RMSC.COM | Dec 16 2021 04:13:00 | Syncb/Scorereward, PO Box 965005, Orlando, FL 32896-5005 |
| 15407775 | + | EDI: RMSC.COM | Dec 16 2021 04:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15407348 | + | EDI: PRATHEBUR | Dec 16 2021 04:13:00 | The Bureaus, 650 Dundee Rd., Suite 370, Northbrook, IL 60062-2757 |
| 15407349 | + | Email/Text: bankruptcy@bbandt.com | Dec 15 2021 23:16:00 | Truist Bank, dba LightStream, 1001Semmes Ave., Richmond, VA 23224-2245 |
| 15407350 | | Email/Text: bknotice@upgrade.com | Dec 15 2021 23:15:00 | Upgrade Inc., 2 North Central Ave., 10th Fl., Phoenix, AZ 85004 |
| 15407351 | + | EDI: BLUESTEM | Dec 16 2021 04:13:00 | Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, successor to The Bank |
| 15407333 | | GM Financial Leasing |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 15, 2021 | Form ID: 318 | Total Noticed: 33 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Amy L. Zema
    on behalf of Debtor Beth Ann LaValley amy@zemalawoffice.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif mmiksich@kmllawgroup.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5